IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY MOORE,

    Plaintiff,

v.

FRANCISCO SALAS, et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-740-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

/s/                                                     9/17/2018

Peter Oppeneer, Clerk of Court                  Date